MOFFITT-WEST DRUG CO. VS BYRD.

Opinion delivered January 30, 1897.

*Appeal From Commission Court—Transcript—Jurisdiction.*

In the absence of a transcript, duly certified by the commissioner from whom an appeal is taken, the Appellate Court acquires no jurisdiction, and unless the record in the Court of Appeals contains such transcript, it cannot acquire any jurisdiction of the appeal.

Appeal from the United States Court, Northern District.

WILLIAM M. SPRINGER, Judge.

Attachment suit by L. A. Byrd against the Moffitt—West Drug Co., commenced before a United States commissioner and taken to the United States Court for the Northern District on appeal. Judgment was rendered for plaintiff and defendant appeals. Dismissed.

This action was begun before the United States commissioner for the Northern district of the Indian Territory,

at Vinita, and from the judgment therein rendered an appeal was prosecuted to the United States Court for the Northern district of the Indian Territory, in which court, on the 11th day of March, 1896, a verdict was rendered in behalf of appellee for debt, in the sum of $100, with interest at 6 per cent., and for damages in the sum of $75, and sustaining the attachment prior to that date sued out and levied by appellee upon the property of the appellant. Upon this verdict judgment was rendered, from which an appeal is prosecuted to this court.

*Turner* and *Burckhalter*, for appellant.

*W. H. Tibbils (Denison & Maxey*, of counsel,) for appellee.

LEWIS, J.   Various entries and orders purporting to have been made in the commissioner's court appear in the record brought to this court upon appeal, but nowhere in such record is there a transcript of the proceedings had before the commissioner, certified by him.   In the absence of such a transcript, so certified by the commissioner, the jurisdiction of the United States Court for the Northern district of the Indian Territory to try this cause, and to render judgment upon appeal, is not shown, and consequently the jurisdiction of this court cannot be invoked.   Wise v Yell, 7 Ark. 11; Watts vs Hill, 7 Ark. 203.   The appeal is dismissed.

KILGORE, J., concurs.